March 29, 2015

To: Mr. Abel Acosta, Clerk, Court of Criminal Appeals

Fm: Mr. Jerry Soliz Martinez, Ex parte

Subj: PD-1466-14, Petition For Discretionary Review,

1. Appellant requests to be advised to the status of the Petition for Discretionary Review, submitted on (12-31-2014).

2. Your assistance is greatly appreciated.

3. Please forward all or any notice [s] to the address provided below. Thank you.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

Respectfully Submitted,

/s/ Jerry Soliz Martinez,

Jerry Soliz Martinez
TDC#01724442
Segovia unit, CI-50
1201 East El Cibolo Rd.
Edinburg, Texas, 78542

CC: to files